AO 442 (Rev.02/2005-EDVA) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

**FILED** OCT 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WARRANT FOR ARREST

UNITED STATES OF AMERICA

05-0547M-01

v.

Rico Thomas                               CASE NUMBER : 1:95cr66

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Rico Thomas** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice _X_ Probation Violation Petition

charging him or her with (brief description of offense):

Violation of - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3583**

**Kathy Lau**
Name of Issuing Officer

*/s/ Kathy Lau*
Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

7/19/05
401 Courthouse Square Alexandria, VA 22314
Date and Location

Bail fixed at $ __No Bond__        by    __Claude M. Hilton__
                                          U.S. District Judge

| Date Received 7-19-05 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10-21-05 | SEAN McLEOD  SDUSM | /s/ |