Prob 12
(Mod. for E.VA 01/05)

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA



FILED
\_ \_ 1 4 2005
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Rico Thomas                         Docket No. 1:95CR00000-001

### Petition on Supervised Release

COMES NOW Carolyn J. Nulf, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Rico Thomas, who was placed on supervision by the Honorable Claude M. Hilton sitting in the Court at Alexandria, Virginia, on the 16th day of June, 1995, who fixed the period of supervision at 3 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall pay a $50 special assessment fee in full immediately.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued and lodged as a detainer directing that the offender appear before the Court to show cause why supervision should not be revoked.

Bond Recommendation: No Bond

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 14th day of July, 2005 and ordered filed and made a part of the records in the above case. | Executed on 7-8-05 |
| *Claude M. Hilton* (signature) | *Carolyn Nulf* (signature) |
| United States District Judge | U.S. Probation Officer |
|  | Place Manassas, Virginia |

TO CLERK'S OFFICE

Petition on Supervised Release
Page 2
RE: THOMAS, Rico

OFFENSE: Prisoner in Possession of a Knife, in violation of Title 18 U.S.C., Section 13 assimilated 53.1-203(4).

SENTENCE: 24 months incarceration followed by 3 years supervised release. Special conditions included that he pay a $50 special assessment fee.

ADJUSTMENT TO SUPERVISION: The defendant was released from incarceration on April 1, 2005. His initial urine screen submitted on April 1, 2005 returned positive for opiates. A no action report was submitted to the Court as the defendant's case was in the process of being transferred to the District of Columbia, and he agreed to enter treatment. The Court approved the no action. On July 6, 2005, U.S. Probation Officer Darryl Hughes reported that the defendant's case was denied for transfer due to a new criminal arrest. Based on this information, the defendant's adjustment to supervision has been poor.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:    COMMISSION OF A CRIME**

On June 29, 2005, the defendant was arrested for Carrying a Pistol without a License. On June 30, 2005, he was arraigned in the District of Columbia, docket number 05-MJ-00378 and was ordered held without bond. His next Court date is reportedly scheduled for July 8, 2005. Details regarding the arrest and an update are forthcoming from the District of Columbia.

Because the defendant is currently incarcerated, we respectfully request that a bench warrant be issued and lodged as a detainer.

CJN/lyh