**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 11/7/05

RECEIVED
MAILROOM
NOV 1 0 2005
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: Albert V. Bryan United States Courthouse
                       401 Courthouse Square
                       Alexandria, VA. 22314-5798

                       RE: CR05-547M

Dear Clerk of the Court:

   Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 10/21/05 | | |

   Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                        Sincerely yours,

                                        Nancy Mayer-Whittington,
                                        Clerk of the Court

                                        By: _____
                                            Deputy Clerk

RECEIVED

NOV 1 8 2005

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT